Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 20−18309
Chapter: 13
Judge: Deborah L. Thorne

In Re:
David Chierico　　　　　　　　　　　　　　Marcia Chierico
8412 Willow West Dr.　　　　　　　　　　　8412 Willow West Dr.
Willow Springs, IL 60480−1140　　　　　　Willow Springs, IL 60480−1140
Willow Springs, IL 60480−1140　　　　　　Willow Springs, IL 60480−1140

Social Security / Individual Taxpayer ID No.:
　xxx−xx−9852　　　　　　　　　　　　　　xxx−xx−3432

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on November 4, 2020

　　　　　　　　　　　　　　　　　　　　　FOR THE COURT

Dated: November 5, 2020　　　　　　　　　Jeffrey P. Allsteadt , Clerk
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

In re:       Case No. 20-18309-DLT
David Chierico      Chapter 13
Marcia Chierico
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: rgreen      Page 1 of 3
Date Rcvd: Nov 05, 2020      Form ID: ntcdsm      Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | David Chierico, Marcia Chierico, 8412 Willow West Dr., Willow Springs, IL 60480-1140, Willow Springs, IL 60480-1140 |
| 29059478 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Ave., Pittsburgh, PA 15222 |
| 29090621 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 29059479 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | + Email/Text: courtnotices@chi13.com | Nov 05 2020 22:44:00 | Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604-2503 |
| 29059466 | | EDI: CITICORP.COM | Nov 06 2020 03:48:00 | Best Buy Credti Services, P.O. Box 78009, Phoenix, AZ 85062-8009 |
| 29059467 | | + EDI: CITICORP.COM | Nov 06 2020 03:48:00 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 29059476 | | EDI: CITICORP.COM | Nov 06 2020 03:48:00 | Home Depot, P.O. Box 78011, Phoenix, AZ 85062-8011 |
| 29059468 | | EDI: CAPITALONE.COM | Nov 06 2020 03:48:00 | Capital One, P.O. box 6492, Carol Stream, IL 60197-6492 |
| 29076214 | | + EDI: AIS.COM | Nov 06 2020 03:48:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 29059469 | | + EDI: CAPITALONE.COM | Nov 06 2020 03:48:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 29101958 | | EDI: CITICORP.COM | Nov 06 2020 03:48:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 29059470 | | + EDI: CITICORP.COM | Nov 06 2020 03:48:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 29059472 | | EDI: DISCOVER.COM | Nov 06 2020 03:48:00 | Discover Bank, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 29059474 | | + EDI: DISCOVER.COM | Nov 06 2020 03:48:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 29080710 | | EDI: DISCOVER.COM | Nov 06 2020 03:48:00 | Discover Products Inc, Discover Bank, PO Box 3025, New Albany OH 43054-3025 |
| 29059477 | | + Email/Text: PBNCNotifications@peritusservices.com | Nov 05 2020 22:44:00 | Kohls/capone, Po Box 3115, Milwaukee, WI |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 53201-3115 |
| 29059478 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 05 2020 22:44:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Ave., Pittsburgh, PA 15222 |
| 29090621 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 05 2020 22:44:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 29059479 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 05 2020 22:44:00 | Pnc Bank, N.a., Po Box 3180, Pittsburgh, PA 15230 |
| 29059480 | + | EDI: RMSC.COM | Nov 06 2020 03:48:00 | Syncb/marvin Windows, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 29060426 | + | EDI: RMSC.COM | Nov 06 2020 03:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 29059481 | + | EDI: WTRRNBANK.COM | Nov 06 2020 03:48:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 29059482 | + | EDI: CITICORP.COM | Nov 06 2020 03:48:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 29076034 | | EDI: USBANKARS.COM | Nov 06 2020 03:48:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 29059484 | | EDI: USBANKARS.COM | Nov 06 2020 03:48:00 | US Bank, Illinois-Chicag0 Indirect Lending, P.O. Box 790179, Saint Louis, MO 63179-0179 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29059471 | *+ | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 29059473 | * | Discover Bank, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 29059475 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 29059483 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2020          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley H Foreman | on behalf of Debtor 1 David Chierico Brad@BradleyForeman.com |

Marilyn O Marshall
    courtdocs@chi13.com

Patrick S Layng
    USTPRegion11.ES.ECF@usdoj.gov

TOTAL: 3